IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 0 1 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-02829-BNB

FELICIA WALKER,

     Plaintiff,

v.

ARI ZAVARAS, Executive Director,
CECILIA LOPEZ, Medical Staff,
MS. SHOEMAKER, Medical Director DOC, and
COLORADO DEPT OF CORRECTIONS,

     Defendants.

---

## ORDER OF DISMISSAL

---

Plaintiff Felicia Walker is in the custody of the Colorado Department of

Corrections (DOC) and currently is incarcerated at the Denver Women's Correctional

Facility in Denver, Colorado. On December 24, 2008, Ms. Walker submitted to the

Court a *pro se* Prisoner Complaint pursuant to 42 U.S.C. § 1983. She also filed a

proper Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C.

§ 1915, on February 12, 2009, which Magistrate Judge Boyd N. Boland granted on the

same date.

The February 12, 2009, Order requires Ms. Walker to pay the full amount of the

$350.00 filing fee in installments and directs her to pay an initial partial filing fee of

$9.00 within thirty days or to show cause why she has no assets and no means to pay

the initial fee by filing a current certified copy of her trust fund account statement. The

Order warns Ms. Walker that if she fails to have the initial partial filing fee sent to the

Clerk of the Court by the designated deadline or to show cause why she has no assets

and no means by which to pay the initial fee the Complaint would be dismissed without further notice.

On February 26, 2009, Ms. Walker submitted a copy of a "Department of Corrections Request for Money Order" form attached to a copy of the February 12, 2009, Order. The form is completed and includes the original plus two copies. It appears that Ms. Walker, rather than submitting the request form to the proper DOC officials, has submitted the form to the Court. Even if Ms. Walker has submitted a copy of the request form to DOC officials and has not received notification that the monies were sent to the Court, she is aware of the date by which she was required to submit the $9.00 and has failed to request an extension of time in which to comply to the February 12, 2009, Order.

Ms. Walker now has failed either to pay the initial partial filing fee within the time allowed, as designated in the February 12, 2009, Order, or in the alternative to show cause why she has no assets and no means by which to pay the designated fee. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for Plaintiff's failure either to pay an initial partial filing fee of $9.00 or to show cause why she has no assets and no means by which to pay the designated fee.

DATED at Denver, Colorado, this __1__ day of _____April_____, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02829-BNB

Felicia Walker
Prisoner No. 135374
Denver Women's Corr. Facility
PO Box 392005
Denver, CO 80239

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT**  to the
above-named individuals on_4/1/09_____

GREGORY C. LANGHAM, CLERK

By:_____
                    Deputy Clerk